IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES JOSEPH GRIFFIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:08-CV-1237-P |
| | § | |
| SHERIFF LUPE VALDEZ, ET AL. | § | |
| | § | |
| Defendants. | § | |

# ORDER

This is a *pro se* civil rights action brought by Charles Joseph Griffin, an inmate in the Dallas County Jail, against Sheriff Lupe Valdez. The magistrate judge issued his Findings and Recommendation on August 19, 2008 recommending dismissal of the complaint as frivolous. On September 4, 2008, Plaintiff filed objections to the magistrate judge's report and requested leave to amend his complaint. Plaintiff contends that he was not appointed counsel for three months after his arrest. However, plaintiff does not allege how his lack of access to a law library impacted his ability to request appointment of counsel. Nor does plaintiff allege that the sheriff's office in any way impeded his ability to request appointment of counsel or that the delay in appointment was due in any way to actions by the sheriff's office aside from a lack of access to the law library. Plaintiff's objections are overruled.

After a review of the record in this case, the court accepts the Findings and Recommendation of the magistrate judge and they are adopted as the findings and conclusions of the court.

Plaintiff also filed a Motion to Amend Plaintiff (sic) Petition/Claim. However, plaintiff

does not submit a proposed amended petition nor does he explain how he wishes to amend his complaint. His motion simply asks the court to grant the motion to amend. Plaintiff's motion to amend is denied.

Signed this 1st day of October 2008.

                                                                                      JORGE A. SOLIS
                                                                                      UNITED STATES DISTRICT JUDGE